**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Clifton CHARLES,**
**Defendant–Appellant.**

**No. 01–10113.**

United States Court of Appeals,
Fifth Circuit.

Feb. 27, 2002.

Nancy E. Larson, Asst. U.S. Atty., Fort Worth, TX, Chad Eugene Meacham, Dallas, TX, for Plaintiff–Appellee.

George Andrew Platt, Westfall, Platt & Cutrer, Fort Worth, TX, for Defendant–Appellant.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.